UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:16CR 00280 JLH |
| | ) | |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| | ) | 21 U.S.C. §§ 841(b)(1)(B), (b)(1)(C) |
| RODERICK SMART, | ) | 21 U.S.C. § 846 |
|    a/k/a Rod | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
|    a/k/a Rod D | ) | 18 U.S.C. § 922(g) |
|    a/k/a Big Rod, | ) | 18 U.S.C. § 3013 |
| TONY WILLIAMS, | ) | 18 U.S.C. § 3571 |
| SHERMAN MOORE, | ) | 18 U.S.C. § 3583 |
| JONATHON WHITLEY, | ) | |
| DERRICK AUTRY, | ) | |
| CALVIN BLAIR, | ) | |
| DERRICK GARRETT, and | ) | |
| TYSHON MILLER | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 7 2016

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

From in or about January 2015, through in or about November 2016, in the Eastern

District of Arkansas and elsewhere, defendants,

      RODERICK SMART, a/k/a Rod, a/k/a Rod D, a/k/a Big Rod,
                    TONY WILLIAMS,
                    SHERMAN MOORE,
                 JONATHON WHITLEY,
                    DERRICK AUTRY,
                     TYSHON MILLER,
               CALVIN BLAIR, and
               DERRICK GARRETT,

voluntarily and intentionally conspired with each other and with others, known and unknown to

the Grand Jury, to knowingly and intentionally distribute and to possess with intent to distribute

a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to defendants, RODERICK SMART, a/k/a Rod, a/k/a Rod D, a/k/a Big Rod, JONATHON WHITLEY, and DERRICK AUTRY, the amount of controlled substances involved in the conspiracy attributable to each defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant is more than 1000 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vii).

With respect to defendants, TONY WILLIAMS, SHERMAN MOORE, TYSHON MILLER, CALVIN BLAIR, and DERRICK GARRETT, the amount of controlled substances involved in the conspiracy attributable to each defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant is more than 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about August 26, 2015, in the Eastern District of Arkansas, defendant,

JONATHON WHITLEY,

did knowingly and intentionally possess with intent to distribute more than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

A. Prior to August 26, 2015, the defendant,

JONATHON WHITLEY,

had previously been convicted as follows:

    1. In the Superior Court of the District of Columbia for attempted possession with intent to distribute marijuana, in criminal case 2007 CF 2011359.

B. The crime set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C. On or about August 26, 2015, in the Eastern District of Arkansas,

JONATHON WHITLEY,

did knowingly possess one or more of the following firearms, in and affecting commerce, to wit:

    (1) a TNW Inc. rifle, bearing serial number ASR002610;

    (2) a Smith and Wesson rifle, bearing serial number SV404S;

    (3) a Taurus .357 handgun, bearing serial number IM68068;

    (4) a Bersa .380 handgun, bearing serial number 491120; and

    (5) a HighPoint .40 handgun, bearing serial number 77478.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

On or about August 26, 2015, in the Eastern District of Arkansas, defendant,

JONATHON WHITLEY,

knowingly possessed one or more of the following firearms, to wit: a TNW Inc. rifle, bearing serial number ASR002610, a Smith and Wesson rifle, bearing serial number SV404S, a Taurus .357 handgun, bearing serial number IM68068; a Bersa .380 handgun, bearing serial number 491120; and a HighPoint .40 handgun, bearing serial number 77478., bearing serial number

P1247619, in furtherance of the drug trafficking crime set forth in Count 2 herein, for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE

On or about January 20, 2016, in the Eastern District of Arkansas, defendants,

TYSHON MILLER and
SHERMAN MOORE,

did knowingly and intentionally possess with intent to distribute more than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

On or about January 20, 2016, in the Eastern District of Arkansas, defendant,

SHERMAN MOORE,

knowingly possessed a Jennings firearm, serial number 979301, and a black firearm, bearing serial number 4283C, in furtherance of the drug trafficking crime set forth in Count 5 herein, for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVEN

On or about January 26, 2016, in the Eastern District of Arkansas, defendants,

DERRICK GARRETT and
CALVIN BLAIR,

did knowingly and intentionally possess with intent to distribute more than 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

## COUNT EIGHT

On or about February 9, 2016, in the Eastern District of Arkansas, defendant,

TONY WILLIAMS,

did knowingly and intentionally possess with intent to distribute less than 28 grams of a mixture or substance containing cocaine base, aka crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

On or about February 9, 2016, in the Eastern District of Arkansas, defendant,

TONY WILLIAMS,

knowingly possessed a Highpoint 9mm Luger pistol, bearing serial number P1247619, in furtherance of the drug trafficking crime set forth in Count 8 herein, for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TEN

A.     Prior to February 9, 2016, the defendant,

TONY WILLIAMS,

had previously been convicted as follows:

       2.     In Pulaski County Circuit Court for possession of marijuana with intent to deliver, possession of drug paraphernalia, and maintaining a drug premises, in criminal case CR-2011-1253.

B.     The crime set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.     On or about February 9, 2016, in the Eastern District of Arkansas,

TONY WILLIAMS,

did knowingly possess the following firearm, in and affecting commerce, to wit:

(1) Highpoint 9mm Luger pistol, bearing serial number P1247619.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT ELEVEN

On or about April 13, 2016, in the Eastern District of Arkansas, defendant,

DERRICK AUTRY,

did knowingly and intentionally possess with intent to distribute less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT TWELVE

On or about April 13, 2016, in the Eastern District of Arkansas, defendant,

DERRICK AUTRY,

knowingly possessed a Ruger, Model LCP .380 handgun, bearing serial number 371091395, in furtherance of the drug trafficking crime set forth in Count 11 herein, for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

[End of Text, Signature Page Attached]